# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

**KARLA AYDEE ERIVEZ MONTES and**
**SAUL MONTES PORTILLO,**

    PLAINTIFFS,

v.                                                                              Cause No.

**ATHENE ANNUITY AND LIFE COMPANY**
**and ATHENE LIFE INSURANCE COMPANY OF NEW YORK,**

    DEFENDANTS.

## COMPLAINT FOR BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING AND UNFAIR CLAIMS PRACTICES

Plaintiffs Karla Aydee Erivez Montes and Saul Montes Portillo, by and through their attorney, bring this complaint and state:

*Jurisdiction and Venue*

1. Plaintiffs Karla Aydee Erivez Montes and Saul Montes Portillo are citizens of Mexico.

2. Plaintiffs are represented by the undersigned. Initially, these Plaintiffs were represented by William Carpenter, a licensed New Mexico attorney who has since passed away. The undersigned took on this representation, *pro bono*, under New Mexico's successor attorney program.

3. Mr. Carpenter resolved a serious personal injury claim for the Plaintiffs arising in New Mexico and structured the settlement through Defendants Athene Annuity and Life Company and Athene Life Insurance Company of New York so that Karla Aydee Erivez Montes and Saul Montes Portillo receive monthly annuity checks. The Defendants, Athene Annuity and Life Company and Athene Life Insurance Company are, on information and belief, New York insurance companies

operating in, among other places, New Mexico. These companies will together be referred to as "Athene".

### *Count One- Breach of Covenant of Good Faith and Fair Dealing*

4. Plaintiffs reallege the facts and allegations set forth above.

5. Athene had provided the monthly payments under a structured settlement.

6. Unfortunately, because Karla Aydee Erivez Montes and Saul Montes Portillo are Mexican citizens the parties are having difficulties working out a payment plan where they get their monthly annuities. The Plaintiffs are no longer receiving consistent and reliable checks to their accounts.

7. Athene has refused to respond to numerous letters requesting assistance or has responded with non-sensical and false information. This has led to a breakdown in communication which is impeding the flow of funds from the Athene to the Plaintiffs.

8. Athene has an obligation to work in good faith with Plaintiffs' counsel so that these Plaintiffs can receive their monthly payments.

9. Athene has breached its covenant of good and faith and fair dealing which is implied in every such contract by not communicating with Plaintiffs' counsel and providing inaccurate or false responses.

10. As a direct result of this breach, the Plaintiffs, and each of them, have lost and continuing to lose benefits to which they are entitled.

### *Count Two – Breach of Unfair Claims Practices*

11. Plaintiffs reallege the facts and allegations set forth above.

12. Under NMSA Section 59A-16-20(B) Athene has failed to acknowledge and act

reasonably promptly upon communication with respect to claims from the insureds arising under the structured settlement policies.

13. Plaintiffs submit that this violation is willful and, pursuant to Section NMSA 59A-16-30(B). Plaintiffs are seeking attorney fees for such violation.

WHEREFORE, Plaintiffs, and each of them, pray for damages against Athene, and each of them, for their damages, for attorney's fees, costs, interest, including pre-judgment interest and such other relief as this Court may deem appropriate.

Respectfully submitted:

Daymon B. Ely
**LAW OFFICE OF DAYMON ELY**
1228 Central Ave. SW
Albuquerque, NM  87102-2803
Phone: (505) 248-0370
Fax:    (505) 248-0261
daymon@daymonely.com

*Attorney for Plaintiffs*